UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
**MICHAEL A. GRITZKE and**                                 :
**SHARON GRITZKE,**                                        :
                                                           :  Case Number: 5:08-CV-1160 GTS/DEP
                       Plaintiffs,                         :
v.                                                         :  **STIPULATION AND ORDER**
                                                           :  **OF DISMISSAL**
**VSM SEWING INC.,**                                       :  **WITH PREJUDICE**
                                                           :
                       Defendant and                       :
                       Counterclaim Plaintiff,             :
v.                                                         :
                                                           :
**MICHAEL A. GRITZKE and**                                 :
**SHARON GRITZKE,**                                        :
                                                           :
                       Counterclaim Defendants.            :
                                                           :
-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and all claims and counterclaims asserted thereby be, and the same hereby is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, without costs to any party.

Dated:   December 21, 2009

_____
Mario D'Arrigo, of counsel
Bar Roll No.: 101455
Attorneys for Plaintiffs
D'ARRIGO & COTE
Office and Post Office Address:
7515 Morgan Road
Liverpool, New York 13090-3538
Telephone: (315) 451-2383

Dated:   December 30, 2009

_____
Seth A. Moskowitz, of counsel (SM 0394)
Attorneys for Defendant VSM Sewing Inc.
KASOWITZ BENSON TORRES & FRIEDMAN LLP
Office and Post Office Address:
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

SO ORDERED this 30 day of December, 2009.

_____
**ENTER**